IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Freda Lydia, ) | |
| ) | C/A No. 1:15-0795-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Carolyn W. Colvin, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff Freda Lydia filed the within action on February 24, 2015, seeking judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and supplemental security income. On September 28, 2016, the court remanded the case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed January 10, 2017. Counsel moves for attorney's fees in the amount of $2,497.50; paralegal fees in the amount of $2,867.50; expenses in the amount of $22.32; and costs in the amount of $400.00, for a total fee of $5,787.32. On January 10, 2017, the parties filed a stipulation informing the court that they have agreed on an award of fees and expenses of $5,100.00 plus costs of $400.00, for a total award of $5,500.00.

Based upon the stipulation, Plaintiff's motion for fees under the EAJA (ECF No. 27) is **granted** in the total amount of $5,500.00, to be paid directly to Plaintiff as required by Astrue v.

Ratliff, 130 S. Ct. 2521 (2010).

       **IT IS SO ORDERED.**

                                      /s/ Margaret B. Seymour
                                      Senior United States District Judge

Columbia, South Carolina

January 18, 2017